**FILED**

MAY - 5 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 15CR0885-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| FAUSTINO VILLEGAS (1), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Faustino Villegas is **dismissed without prejudice**. The defendant is hereby discharge.

IT IS SO ORDERED AND ADJUDGED.

Dated: 5/5/15

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE